Hamilton COZART, Jr., a/k/a Edwin Barfield, Plaintiff—Appellant,

v.

Burt WEBB; James Sanderson, Defendants—Appellees.

No. 04–6861.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 19, 2004.

Hamilton Cozart, Jr., Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hamilton Cozart, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as time-barred.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cozart v. Webb,* No. CA–04–213–5–FL (E.D.N.C. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*